**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING LEAVE TO FILE** |
| Plaintiff, | ) | **DISMISSAL OF INDICTMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Vidal Rocha-Rivera, | ) | Case No.  1:06-cr-018 |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of Court is

**GRANTED** for filing of the dismissal of the Indictment without prejudice against defendant Vidal

Rocha-Rivera.

**IT IS SO ORDERED**.

Dated this 22th day of June, 2006.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court